

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00409-CV

WILLIAM READY, Appellant

V.

ALPHA BUILDING CORPORATION, Appellee

Appeal from the 506th District Court of Waller County.  (Tr. Ct. No. 12-10-21659).

This case is an appeal from the final judgment signed by the trial court on February 14, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment.  Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court **orders** that the appellees, Alpha Building Corporation pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 5, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Massengale.